# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANGELINA CARRILLO, | Case No. CV 13-1157 FMO (OPx) |
| Plaintiff, | |
| v. | **ORDER** |
| WORLD SAVINGS BANK, FSB, et al., | |
| Defendants. | |

On April 23, 2013, the court issued an Order granting plaintiff leave to file a First Amended Complaint no later than May 7, 2013.  Plaintiff was "cautioned that failure to timely file a First Amended Complaint may result in this action being dismissed without prejudice for failure to prosecute and/or failure to comply with a court order.  See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962)." (Court's Order of April 23, 2013, at 2).  As of the filing date of this Order, no First Amended Complaint has been filed.  Accordingly, IT IS ORDERED that the above-captioned action is dismissed, without prejudice, for lack of prosecution, pursuant to Local Rule 41, and for failure to comply with the orders of the court.  Dated this 13th day of May, 2013.

/s/
Fernando M. Olguin
United States District Judge